# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MATTHEW TRAVIS HOUSTON,<br><br>　　　　　　　　　　Petitioner,<br><br>v.<br><br>JERRY HOWELL, et al.,<br><br>　　　　　　　　　　Respondents. | Case No. 2:19-cv-01740-APG-BNW<br><br>**ORDER** |

This habeas matter is before me on Petitioner Matthew Travis Houston's request for production of documents. ECF No. 19.  On December 12, 2019, I denied Houston's petition for a writ of habeas corpus and declined to issue a certificate of appealability. ECF No. 14.  Houston is now requesting "one copy of the above mentioned case to be utilized in consolidation with No. 22-15748 of the Ninth Circuit Court of Appeals and the civil rights case No. 2:21-cv-00499-JAD-DJA in multi-district litigation(s)." ECF No. 19 at 1.  It is unclear what documentation Houston is requesting.  However, to the extent that he is requesting a copy of the docket sheet, his amended petition, and my previous order, good cause appears to grant such a request.

I THEREFORE ORDER:

1.　　Houston's request for production of documents **(ECF No. 19) is granted**.

2.　　The Clerk of the Court is instructed to send Houston (1) a copy of the docket sheet in this case, (2) a copy of his amended petition (ECF No. 11), and (3) a copy of my previous order (ECF No. 14).

Dated: July 8, 2022

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE